IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**BRADLEY BURCHFIELD**  PETITIONER

v.   Civil No. _____21-4018_____

**DEXTER PAYNE, Director**  RESPONDENT
**Arkansas Division of Corrections**[1]

## O R D E R

Came on for consideration **BRADLEY BURCHFIELD's** Petition for Writ of *Habeas Corpus* pursuant Title 28 U.S.C. §2254. Petitioner did not submit an application to proceed *in forma pauperis,* rather he submitted two separate money orders for twenty dollars ($20.00) each. The filing fee in this matter is five dollars ($5.00). The Clerk of this Court does not provide change back from checks or money orders.

**IT IS ORDERED**, the Clerk of the Court is directed to file the Petition. Further, the Clerk is directed to return the two money orders to Petitioner.[2] The Petitioner was received by the Clerk of this Court on March 5, 2021 and is filed *nunc pro tunc* as of that date.

**IT IS FURTHER ORDERED**, the Petitioner shall submit the five dollar ($5.00) filing fee or a properly executed application to proceed *in forma pauperis* in this matter on or before March 30, 2021. **Failure to comply with this Order will result in this case being dismissed**.

**SIGNED** this **9th day of March 2021.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

---

[1] Petitioner named the State of Arkansas as Respondent. While it is unclear from his Petition, he appears to still be in the custody of the Arkansas Division of Corrections. Accordingly, the Court has substituted the appropriate party.
[2] Petitioner also submitted what appears to be a letter to "Darla" as well as what appear to be unfiled state court pleadings. These submissions do not appear to be exhibits or otherwise related to the Petition and are to be returned to Petitioner without being filed in this Court.