IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**BRADLEY C. BURCHFIELD**                                                           **PETITIONER**

v.                          **Civil No. 4:21-cv-4018**

**DEXTER PAYNE, Director**                                          **RESPONDENT**
Arkansas Division 0f Corrections

**O R D E R**

Before the Court is the Objection of **BRADLEY C. BURCHFIELD** (ECF No. 13) to the Respondent's request for an extension of time from June 20, 2021 to June 28, 2021 to file his response (ECF No. 9). The Response was filed by Respondent on June 21, 2021. ECF No. 10. The Court granted the requested extension and deemed the Response timely filed on June 22, 2021. ECF No. 11. The one-day delay in filing from the date originally set by the Court causes neither undue delay nor any prejudice to Burchfield. Accordingly, his Objection is **DENIED**.

      **SIGNED** this **25th day of June 2021.**

                                                   /s/ *Barry A. Bryant*
                                                   HON. BARRY A. BRYANT
                                                   U.S. MAGISTRATE JUDGE